**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_Western_ **DIVISION**

**CASE NO.** _4:19-cv-00706-JM-JTK_

**Jury Trial:** ☐ Yes ☑ No
**(Check One)**

I.     **Parties**

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.     Name of plaintiff: _Robert Winningham_
       ADC # _655327_

       Address: _____

       Name of plaintiff: _____
       ADC # _____

       Address: _____
                                                    ~~This case assigned to District Judge~~ Moody

       Name of plaintiff: _____  ~~and to Magistrate Judge~~ _Kearney_
       ADC # _____

       Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.     Name of defendant: _Kendra Roberts_

       Position: _NP - Nurse Practitioner_

       Place of employment: _Pulaski County Jail - (Turn Key Health)_

       Address: _3201 W. Roosevelt Rd. Little Rock AR 72204_

       Name of defendant: _M. Bahan_

       Position: _LPN - Licensed Practical Nurse_

-4-

Place of employment: *Pulaski County Jail - (Turn Key Health)*

Address: *3201 W. Roosevelt Rd Little Rock AR 72204*

Name of defendant: *Nurse Russell*

Position: *RN - Registered Nurse*

Place of employment: *Pulaski County Jail (Turn Key Health)*

Address: *3201 W Roosevelt Rd Little Rock AR 72204*

Name of defendant: *Elliott Wagner*

Position: *MD - Medical Doctor*

Place of employment: *Southwest Region*

Address: *3424 Midcourt Rd. Carrollton, Tx 75006*

II.   **Are you suing the defendants in:**

- ☐   official capacity only
- ☐   personal capacity only
- ☒   both official and personal capacity

III.   **Previous lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✗

B.   If your answer to A is yes, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.    Place of present confinement: *890 Freeline DR. Pine Bluff AR, 71603*

V.     At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.     Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__    No _____

B.     Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _____   No  X

If not, why? *The Procedure was Impeded upon by jail staff. They marked through the Appeal section.*

VII.   **Statement of claim**

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 6-29-19 while in Pulaski county jail I fell off my bed and landed on my right shoulder breaking my collar bone. I filed an emergency grievance on 6-29-19 and on 7-01-19 stating I was in excruciating pain due to the fall. On 6-30-19 X-Rays were performed on my Right shoulder w/results stating that it was ok but yet it was visually and physically not. I went down to medical on 7-24-19 about my shoulder and was told by a male nurse that my collar bone was broke and would take surgery to fix it. I have continuesly been denied medical attention to have my shoulder fixed and feel as a person I was medically neglected in a manner that was cruel and inhumane. On 7-25-19 a nurse doing diabetic call told me that after 3 sick calls referring to the

## Statement of Claim

Same cause would grant me to be able to see the doctor. I've only seen the doctor one time where he neglected me medically and misdiagnosed me. I Sat in unbearable pain pleading with many nurses to help me on numerous occasions from 6-29-19 to 8-3-19 to be denied medical treatment by Turn key Health along with talked down upon by nurse hussell and Kendra Roberts. On 8-13-19 I was seen by a doctor in Ouachita River unit where more x-rays were performed. On 8-14-19 I was called back to the day clinic in Ouachita River unit to be told that my collar bone is indeed broken. Therefore based on the assertions made above, the defendants are guilty of showing deliberate indifference to my health, intentional infliction of emotional distress and infliction of wanton pain and suffering.

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like to be awarded $250,000 for pain and suffering. Furthermore, I would like all parties found guilty to be terminated to prevent such a thing occuring again.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_____

_____

*Robert Cunningham*
Signature(s) of plaintiff(s)

- 8 -

**MobilexUSA**

## RADIOLOGY REPORT

**THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.**

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Facility: PULASKI COUNTY JAIL - 42092
3201 WEST ROOSEVELT ROAD
LITTLE ROCK, AR 72204-5662

DOS: 06/30/2019
Case: 30251005

Patient: WINNINGHAM, ROBERT
Number:

DOB: 12/21/1987   Age: 31
Room: (MEDICAL FAX)

Examination:

SHOULDER COMPLETE, MIN 2V, RIGHT

Results: The glenohumeral joint is in alignment, but there is narrowing of the joint space due to mild degenerative changes. Acromioclavicular and coracoclavicular joints are also widened. No shoulder fracture, separation, or dislocation is seen.

Conclusion: Mild degenerative joint disease of the right shoulder; otherwise, no fracture or dislocation seen.

Electronically signed by ELLIOT WAGNER, M.D. 6/30/2019 10:15:56 AM CDT.

Radiologist:   Date: 06/30/2019   Time: 10:15am CT

ELLIOTT WAGNER,MD/LE
RADIOLOGIST
Physician: KENDRA ROBERTS, NP

Please call 1-800.843.9729, option 2, with any questions regarding this report.

Southwest Region
3424 MIDCOURT ROAD
CARROLLTON, TX 75006
800.843.9729

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

**Inmate's Name:** _Robert Cunningham_          **Intake #:** _8158-19_

**Unit:** _W-1-1_          **Job Assignment:** _None_

**Have you discussed this problem with your Unit Deputy? Yes** _X_ **No** _____

**Provide a description, or explain the nature of your problem:**

_I have a dislocated shoulder and need surgery now possibly to be set it or put it back correctly. I'm needing this done. It has been 4 weeks now and my dislocated shoulder is going in or already has fixed back to while being surgery. I'm putting a civil lawsuit on this county and Tiger Key Health for medical neglagence. I would advise putting me on this next ADC bus or taking me to the Hospital to have my shoulder fixed._

**What do you want to happen to solve your problem?**

**Inmate's Signature:** _Robert W ___          **Date:** _7-29-19_

**Is this an emergency situation? Yes** _____ **No** _X_ **If so, explain why.**

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.   Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

**Abuse of this program will result in disciplinary action.**

*Tear Here*

To be completed by the receiving member:
## RECEIPT FOR EMERGENCY SITUATIONS

Received from which inmate? : _____          Intake #: _____

Date: _____          Time: _____

_____          _____          _____
Printed Name of receiving member          D.S.N.          Signature of receiving member

Inmate's Name: _____   Intake #: _____   Grievance #: _19-887_

## GRIEVANCE OFFICER'S DECISION

This matter is already being addressed in grievance 19-887 and
several others as well.

_____

_____

_____

_____

X _Sgt H Crawley_____        Grievance Officer        _7122 07-31-19_
Signature of Grievance Officer or Designee        Title        D.S.N.        Date

_____        _____
Signature of inmate receiving response        Date

## INMATE'S APPEAL

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.  Remember, you are appealing the decision concerning the original complaint.

### Do not list any additional issues which are not part of your original complaint.

**Why do you not agree with this response?**

_____

_____

_____        _____        _____
Inmate's Signature        Intake Number        Date

## APPEAL RESPONSE

_____

_____

_____

_____

_____        _____        _____
Signature of Chief or Designee        Title        D.S.N.        Date

_____        _____        _____
Inmate's Signature        Intake Number        Date

If you leave the P.C.R.D.F. prior to receiving a response to your grievance, you may write us for the official response.  You must include a self addressed stamped envelope and send your request to the attention of the Grievance Officer at the Pulaski County Regional Detention Facility 3201 W. Roosevelt Rd. Little Rock, AR 72204 DO NOT WRITE IN THIS SPACE !!!

1

*Delivered to Nurse Baker* [handwritten top margin]

*Medical* [handwritten left margin]

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

FOR OFFICE USE ONLY
Date Received

Inmate's Name: Robert Winningham   Intake #: _____ 8538-19

Unit: W-L-1   Job Assignment: none

Have you discussed this problem with your Unit Deputy?   Yes  X   No ____

Provide a description, or explain the nature of your problem:

I fell out of my bed and landed on my shoulder causing serious damage to my right shoulder. It was seen by a nurse on shift on ____ Today and on the second time she stated that she thought I was sick something was being ____ I have been in excruciating pain for the last 18 hours and have filed a sick call every since 8:00 AM this morning. I have yet to receive any medical treatment and I am a DOC ____ ____ failed If nothing is done this will end up ____ ____ ____ to the hospital

What do you want to happen to solve your problem?

~~I want ____ ____ ____ ____~~
I want proper medical treatment

Inmate's Signature: [signature]   Date: 05-07-19

Is this an emergency situation?   Yes ____   No ____   If so, explain why.

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.  Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.
**Abuse of this program will result in disciplinary action.**
Tear Here



Branch Directive Doz

Inmate's Name: _____ Intake # _____ Grievance #: _____

## GRIEVANCE OFFICER'S DECISION

_____

_____

_____

_____

_____

_____

_____

Signature of Grievance Officer or Designee: _____ Title: _____ D.S.N. _____ Date _____

Signature of inmate receiving response _____ Date _____

## INMATE'S APPEAL

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. Rem you are appealing the decision concerning the original complaint. **Do not list any additional issues which are not part of your original complaint.**

### Why do you not agree with this response?

_____

_____

_____

Inmate's Signature _____ Intake Number _____ Date _____

## APPEAL RESPONSE

W-1-1

Medical

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET



FOR OFFICE USE ONLY

Date Received:

Inmate's Name: _Robert Winningham_    Intake #: _8153-19_

Unit: _W-1_    Job Assignment: _None_

Have you discussed this problem with your Unit Deputy? Yes _X_    No ___

Provide a description, or explain the nature of your problem:

I got my X-Ray Results Back and is said to be I never

only 2 X-rays were taken of the front of my clavicle and

I have made enough that I have a Terrible pain when

I Breath IN and that it was the Front of my shoulder

and collar Bone meaning More than 2 X-Rays should

have been taken. I am A.D.C. Property and I am

writing Wendy Kelly and Nathan Hill known about

the Medical neglect I have been given any detail

all this whole situation.

## What do you want to happen to solve your problem?

Ship me to Malvern so I can get the proper Medical

Treatment

Inmate's Signature: _Robert L M_    Date: _7-01-19_

Is this an emergency situation? Yes ___    No _X_    If so, explain why.

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.   Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

**Abuse of this program will result in disciplinary action.**

Tear Here

To be completed by the receiving member:

## RECEIPT FOR EMERGENCY SITUATIONS

Received from which inmate? : _____    Intake #: _____

Date: _____    Time: _____

_____    _____
Printed Name of receiving member    D.S.N.    Signature of receiving member

Branch Directive DO5-0001

Inmate's Name: _Winningham, Robert_  Intake #: _18758-19_  Grievance #: _19-762_

## GRIEVANCE OFFICER'S DECISION

Our Medical Administrator stated, this is not a grievance, it
is a sick call.  The grievance indicates needing medical
attention due to a fall from your bunk. Sick call was placed
and the nursing staff put in a call to the provider along with
prescribing IBU on 06/29. On the same  day the provider ordered
an X-ray of your shoulder along with neurovascular checks until
the provider has cleared you.

| | | |
|---|---|---|
| _[signature]_ | Grievance Officer | _[D.S.N.]_  07-08-19 |
| Signature of Grievance Officer or Designee | Title | D.S.N.        Date |

_____           _____
Signature of inmate receiving response        Date

## INMATE'S APPEAL

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.  Remember
you are appealing the decision concerning the original complaint.

**Do not list any additional issues which are not part of your original complaint.**

### Why do you not agree with this response?

_____

_____

_____

_____

| | | |
|---|---|---|
| Inmate's Signature | Intake Number | Date |

## APPEAL RESPONSE

| | | | |
|---|---|---|---|
| Signature of Chief or Designee | Title | D.S.N. | Date |
| Inmate's Signature | Intake Number | | Date |

**COVER SHEET**
**STATE OF ARKANSAS**
**CIRCUIT COURT: DOMESTIC RELATIONS**

The domestic relations reporting form and the information contained herein shall not be admissible as evidence in any other court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law of Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are located at www.courts.arkansas.gov.

County: _Jefferson_               District:_____          Filing Date:_____

Judge:_____          Division:_____          Case ID:_____

**Type of Case (select only one):**

☐ (AN) Annulment (marriage date: _____)          ☐ (PT) Paternity

☐ (CT) Contempt-Domestic Relations                    ☐ (SM) Separate Maintenance (marriage date: _____)

☐ (CS) Custody                                        ☐ (SS) Support (OCSE)

☑ (DV) Divorce (marriage date: _07|09|07_)            ☐ (ST) Support-Private (non-OCSE)

☐ (FJ) Foreign Judgment-Domestic Relations            ☐ (SU) Support-UIFSA

☐ (DA) Order of Protection                            ☐ (VI) Visitation

**Does this case involve the custody or support of minor children?**   ☐ Yes   ☐ No
*If yes, also file the completed Confidential Information Sheet.*

| | Plaintiff | | Defendant |
|---|---|---|---|
| Last Name | Winningham | Last Name | Winningham |
| Suffix | MR | Suffix | MRS. |
| First Name | Robert | First Name | Jessica |
| DL/State ID | 918977681 | DL/State ID | Unknown |
| Address | 890 Freeline DR | Address | 1908 Weidner ST |
| City, State, ZIP | Pine Bluff 71603 | City, State, ZIP | Stuttgart AR 72160 |
| Phone | | Phone | 501-626-5062 |
| Email | | Email | |
| Self-represented | ☑ Yes   ☐ No | Self-represented | ☑ Yes   ☐ No |
| DOB | 12/21/87 | DOB | 3/13/86 |
| Interpreter needed? | ☐ Yes: _____ (language)  ☑ No | Interpreter needed? | ☐ Yes: _____ (language)  ☑ No |

Attorney of Record: _Self Filed_              Bar #:_____

For the:   ☐ Plaintiff   ☐ Defendant          Email Address:_____

Related Case(s): Judge: _____       Case ID(s):_____

Manner of filing:   ☐ (MFO) Original            ☐ (MFR+case type) Re-open
                    ☐ (MFT) Transfer            ☐ (MFF) Reactivate

1                                                                      1/1/2017

## IN THE CIRCUIT COURT OF _Jefferson_ COUNTY, ARKANSAS
### DOMESTIC RELATIONS DIVISION

_Robert Winningham_ **PLAINTIFF**

VS.                    CASE NO. _____

_Jessica Winningham_ **DEFENDANT**

## COMPLAINT FOR DIVORCE
(no minor children)

Comes now the Plaintiff, _Robert Winningham_, *pro se*, and for his/her complaint

for an absolute divorce against the Defendant, _Jessica Winningham_, alleges and

states as follows:

1.       That Plaintiff is presently incarcerated in the _Pine Bluff_ Unit, Arkansas

Department of Correction, _Pine_, _Bluff_ AR _2603_, Arkansas.

2.       That Plaintiff was committed to the Arkansas Department of Correction on

_June 17th_, _2019_, under sentence of the Circuit Court of _Pulaski_ County,

Arkansas.

3.       That Plaintiff, immediately prior to his commitment to the Arkansas Department of

Correction, permanently resided in _Pulaski_ County, Arkansas, and his/her mailing

address was: _6907 Surgecty DR Jacksonville_, Arkansas (ADC Verification of

Commitment Records attached).

4.       That the Defendant is a resident of _Arkansas_ County, Arkansas, and has

been a resident of the State of Arkansas for more than ninety (90) days last past before the filing

of this Complaint residing at: _1908 Windver ST_

_Stuttgart_, Arkansas. This court has jurisdiction of this action and venue is proper.

5.       Plaintiff and Defendant were married on or about _July 9th_, _2007_, and

lived together as husband and wife in _Pulaski_ County, Arkansas until

_April 17th_ _2010_, at which time the parties separated.

5.     Plaintiff and Defendant were married on or about _July 7TH_, _2007_, and lived together as husband and wife in _Pulaski_ County, Arkansas until _OCT. 5TH_, _2016_, at which time the parties separated.

6.     That there were no minor child(ren) born of the marriage

7.     There are no property rights to be adjudicated.

8.     That Plaintiff's cause of action for divorce occurred within the State of Arkansas and within five (5) years last past before commencement of this action.

9.     That Defendant has treated the Plaintiff with abuse, contempt and/or studied neglect and that such treatment and indignities to the Plaintiff were systematically and continuously pursued to such an extent as to render the Plaintiff's conditions in life intolerable and make it impossible for him/her to live with the Defendant.  Plaintiff is entitled to an absolute divorce  from the Defendant on the grounds of general indignities

10.     That the parties have lived separate and apart without cohabitation for more than eighteen (18) months next preceding the filing of this action.

11.     That Plaintiff, as a prisoner incarcerated in the Arkansas Department of Correction cannot be in personal attendance for any hearing set to determine if he is entitled to the relief prayed for in his/her complaint unless this Court orders the sheriff to deliver the Plaintiff to such hearing and return him/her to the Arkansas Department of Correction thereafter.

**WHEREFORE**, the Plaintiff, *Robert Winningham* , prays that the Defendant,

*Jessica Winningham* , be summoned to appear and answer herein; that Plaintiff to be

granted an absolute divorce of and from the Defendant; that the Court order Plaintiff's presence

at such hearing set to determine Plaintiff's entitlement to the relief prayed for in his Complaint,

ordering the sheriff to deliver Plaintiff from the Department of Correction to this Court and

return him afterwards to the Arkansas Department of Correction, and to all relief to which

Plaintiff may be entitled.

Respectfully Submitted,

*Robert A Winningham*

Plaintiff, *pro se,*

ADC# *655327*

*890 Free Line Dr.*

Unit Arkansas Department of Correction

*Pine Bluff* , AR *71603*


CERTIFICATE OF SERVICE

I, *Robert Winningham* , Plaintiff, do hereby certify that I have on this *4th* day of

*October* , 20 *19* , mailed a copy of the above Complaint to Defendant,

*Jessica Winningham* , at *1908 Weidner St. Stuttgart,* AR, in the United States

Mail with sufficient postage.

Plaintiff

**IN THE CIRCUIT COURT OF** _Jefferson_ **COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

_Robert winningham_                                                      **PLAINTIFF**

**VS.**                                    **CASE NO.** _____

_Jessica winningham_                                                    **DEFENDANT**

## AFFIDAVIT IN SUPPORT OF
## REQUEST TO PROCEED IN FORMA PAUPERIS

     I, _Robert winningham_ _____, being first duly sworn, depose and say that I am the Petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress.

     I further swear that the responses which I have made to questions below are true.

     1.     Are you presently employed?     Yes _____   No _X_

     If the answer is yes, state the amount of your salary of wages per month, and give the name and address of your employer.

     If the answer is no, state the date of last employment and amount of salary and wages per month which you received.

     2.     Have you received, within the past twelve months any money from any of the following sources?

(a)     Business, profession or any form of self-employment?     Yes _____   No _X_

(b)     Rent payments, interest or dividends?     Yes _____   No _X_

(c)     Pensions, annuities or life insurance payments?     Yes _____   No _X_

(d)     Gifts or inheritances?     Yes _____   No _X_

(e)     Any other sources?     Yes _____   No _X_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. _____

_____

3.      Do you own any cash, or do you have any money in a checking or savings account?

Yes _____        No  ✗

If the answer is yes, state the total amount in each account. _____

4.      Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____     No  ✗

If the answer is yes, describe the property and state its approximate value.

_____

5.      List the persons who are dependent upon you for support.  State your relationship to those persons, and indicate how much you contribute toward their support.

_____

TO BE COMPLETED ONLY IF PETITIONER IS INCARCERATED IN THE ARKANSAS DEPARTMENT OF CORRECTION OR ANY OTHER PENAL INSTITUTION.

6.      Do you have any funds in the inmate welfare fund?

Yes _____     No  ✗

State the total amount in such account and have the certificate found below completed by the authorized officer of the institution.

I understand that a false statement of answer to any questions in this affidavit will subject me to penalties for perjury.

_Robert Wassingham_
Signature of Petitioner
ADC # 655327

**IN THE CIRCUIT COURT OF** Jefferson **COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

Robert winningham                                    **PLAINTIFF**

**VS.**                          **NO.** _____

Jessica winningham                                   **DEFENDANT**

## PETITION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff, Robert winningham , proceeding *pro se*, requests this Court to grant

him leave to file the attached Complaint for Divorce and to proceed in forma pauperis for the

following reasons:

1.      That Plaintiff, a resident of the State of Arkansas, has prepared and desires to file

with the court a complaint for a divorce.

2.      That Plaintiff is indigent and unable to pay court costs or fees connected with a

divorce proceeding or to give security therefore.  (An Affidavit in Support of Request to proceed

in forma pauperis is attached.)

3.      Plaintiff believes that he/she is entitled to a divorce and such divorce action is not

brought for a frivolous or malicious purpose.

**WHEREFORE,** Plaintiff prays that he be permitted to proceed with his/her divorce

action in forma pauperis and that he/she may have the necessary writs and processes without

payment of fees or costs for the same.

                         Respectfully Submitted,

                         Robert winningham
                         Plaintiff, *pro se*
                         ADC # 655327
                         Pine Bluff Unit
                         Arkansas Department of Correction
                         890 Freeline DR.
                         Pine Bluff , AR 71603

**IN THE CIRCUIT COURT OF** _Jefferson_ **COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

_Robert Winningham_                                                          **PLAINTIFF**

**VS.**                                        **NO.** _____

_Jessica Winningham_                                                         **DEFENDANT**

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

On this day comes to be heard the petition of _Robert Winningham_ prays that
he be permitted to prosecute his action for divorce in forma pauperis. The Court being satisfied
of the truth of the facts alleged and good cause appearing therefore, IT IS HEREBY ORDERED:

1.     That _Robert Winningham_ be authorized and permitted to prosecute his
action for divorce against _Jessica Winningham_ in forma pauperis.

2.     That the Clerk of the Circuit Court of _Jefferson_ County shall
receive and file any necessary forms or pleadings incident to Plaintiff's divorce action without
requiring the payment of fees or costs.

3.     That the sheriffs of the several counties of the State of Arkansas shall service writs
or processes incident to Plaintiff's divorce action without requiring the payment of fees or costs.

4.     That no other office shall require of the Plaintiff any fees or costs incident to
Plaintiff's action.

### IT IS SO ORDERED

_____
JUDGE

_____
DATE

**IN THE CIRCUIT COURT OF** _Jefferson_ **COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

_Robert Winningham_                                    **PLAINTIFF**

**VS.**                        **NO.** _____

_Jessica Winningham_                                    **DEFENDANT**

### ARKANSAS DEPARTMENT OF CORRECTION VERIFICATION OF COMMITMENT RECORDS

I, _Lynne Taylor, Records_, being an employee of the Arkansas Department of Correction, the proper person in care, custody and control of Inmate Records, do hereby certify that according to Department of Corrections Records, kept in the official and ordinary course of business, _Robert Winningham_ ADC # _655327_ presently confined at the _Pine Bluff_ Unit, ADC # _655327_, was committed on _6-17-19_, under sentence of the Circuit Court of _Pulaski_ County, Arkansas.

That it further appears that immediately prior to commitment, said inmate was a permanent resident of _Pulaski_ County, Arkansas, and his mailing address was: _6907 Subargety Drive, Jacksonville, AR_ That said inmate has been continuously incarcerated since his/her commitment and has not lived and cohabited with his/her spouse since that date.

_Lynne Taylor_
Authorized Officer of Institution
Records Division, Ark. Dept. of Correction
_Pine Bluff_ Unit, _Jefferson_ County
_Pine Bluff_, AR _71603_

WITNESS my hand this _26_ day of _September_, 20_19_.

_Robert Cunningham_
Signature of Petitioner
ADC # _655327_

**STATE OF ARKANSAS** )
)§§
**COUNTY OF JEFFERSON**)

On this _26_ day of _September_, 20_19_, before me, a Notary Public, for this State and County the aforesaid undersigned officer, personally appeared before me, and known to me to be the person whose name is subscribed to the within instrument and acknowledged that he has executed the same for the purposes therein contained.

_Robert Vinningham_ Subscribed and sworn to before me, a notary public

THIS _26_ DAY OF _September_, 20_19_.

_Karen Lawson_
**NOTARY PUBLIC**

_Jefferson County_

KAREN LAWSON
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 04-27-2028
Commission # 12704757

_____
**NOTARY STAMP /SEAL**

**IN THE CIRCUIT COURT OF** *Jefferson* **COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

*Robert Cuiwingham*                                                                **PLAINTIFF**

**VS.**                                                      **NO.** _____

*Jessica Cuiwingham*                                                           **DEFENDANT**

## ORDER TO TRANSPORT INMATE TO SCHEDULED HEARING

On this day comes this cause on the Court's own initiative and the Court being well and
sufficiently advised in the premises does find and order:

      1.     That a final hearing in the above styled cause of action has been set for

_____, 20___, at _____ in the _____ Circuit Court; that the Plaintiff
is currently an inmate incarcerated in the _____ Unit of the Arkansas Department of
Correction.

      2.     That the sheriff of _____, Arkansas is hereby authorized and directed to
pick up the Plaintiff, _____, ADC #_____, at the _____
Unit of the Department of Correction and bring him to Court on the aforementioned date and
time, and thereafter return said Inmate to the Department of Correction at the close of the
hearing.

      3.     This order shall be effective at any unit of the Arkansas Department of Correction
in the event that the inmate has been transferred.

      IT IS SO ORDERED.

                                  _____
                                    JUDGE

                                  _____
                                    DATE

**IN THE CIRCUIT COURT OF** _Jefferson_ **COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

_Robert Winningham_

**PLAINTIFF**

VS.                                        NO. _____

_Jessica Winningham_

**DEFENDANT**

## NOTICE OF HEARING

The Defendant, _Jessica Winningham_, is hereby notified that a hearing will be held to determine if the Plaintiff, _Robert Winningham_, is entitled to relief prayed for in the Complaint for Divorce.  The hearing will be held in the _____

County Courthouse before the Honorable Judge _____ at _____ a.m./p.m. on the _____ day of _____, 20____.

A copy of this Notice, together with a copy of the Complaint  for Divorce served upon the Defendant, will be sufficient notice of the hearing.

Respectfully Submitted,

_Robert Winningham_

Plaintiff, _pro se_
ADC # _655327_
_Pine Bluff_ Unit,
 Ark. Dept. of Correction
_890 Freeline DR_
_Pine Bluff_ , AR _71603_

## CERTIFICATE OF SERVICE

I _Robert Winningham_, Plaintiff, do hereby certify that I have on this _4th_ day of _October_ , 20 _19_ , mailed a copy of the above Notice to Defendant, _Jessica Winningham_ , at _1908 Arether St. Stuttgart_, AR, in the United States Mail with sufficient postage.

_Robert W_
Plaintiff

**IN THE CIRCUIT COURT OF** *Jefferson* **COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

*Robert Winingham*                                                                    **PETITIONER**

**VS.**                                                                    NO. _____

*Jessica Winingham*                                                                    **RESPONDENT**


## WAIVER OF SERVICE AND ENTRY OF APPEARANCE

The Defendant, _____, hereby enters his/her appearance in
~~this Court and states under oath the following:~~

1.    I have received and read a copy of the complaint filed in this action.

2.    I hereby waive service of summons upon me in the above styled court and divorce
action and the time in which to answer as well as corroboration of grounds.

3.    I agree that this cause may be heard in vacation, on oral testimony or on
depositions and hereby waive notice of taking depositions and the filing of cross-interrogatories
thereto, and waive all irregularities in time of taking such depositions.

4.    I am not a member of the Armed Services of the United States.

5.    This cause may be submitted to the Court at any time or place, and the
proceedings shall have the same force and effect as if done at a regular day of court.

6.    I understand that the Circuit Court of _____ County, Arkansas, will
retain jurisdiction of this cause for such further orders as may be necessary for the enforcement
of the terms of the Decree.


WITNESS my hand this _____ day of _____, 20___.


_____
Signature of Defendant


**STATE OF ARKANSAS**          )
                                               )§§
**COUNTY OF** *Jefferson*          )

On this ___20___ day of _September_ , 20_19_ , before me, a Notary Public, for this State and County the aforesaid undersigned officer, personally appeared before me, and known to me to be the person whose name is subscribed to the within instrument and acknowledged that he has executed the same for the purposes therein contained.

_Robert Winningham_____ Subscribed and sworn to before me, a notary public

THIS___20___ DAY OF _September_____ , 20_19_ .

_Karen Lawson_____
**NOTARY PUBLIC**

KAREN LAWSON
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 04-27-2028
Commission # 12704757

_____
**NOTARY STAMP /SEAL**

**IN THE CIRCUIT COURT OF** _Jefferson_ **COUNTY, ARKANSAS**

**DOMESTIC RELATIONS DIVISION**

_Robert Winningham_        **PLAINTIFF**

**VS.**        **NO.** _____

_Jessica Winningham_        **DEFENDANT**

## <u>DIVORCE DECREE</u>
(no minor children)

ON THIS DAY come on before the Court for hearing, the above styled matter. Defendant, _____, did not appear, but elected to waive her entry of appearance and agreed that this cause of action could be heard without further notice to her. The Plaintiff, _____, appeared without attorney. The Court considered the claims of the Plaintiff and upon the testimony of the Plaintiff and other proof presented finds:

    1.    That the Court has jurisdiction over the parties and subject matter to this action, and that the Plaintiff has been a permanent resident of the State of Arkansas and _____ County for more than sixty (60) days next preceding the filing of this action.

    2.    That the parties were married in _____ County, Arkansas, on _____, _____, and lived together as husband and wife until _____, _____, at which time they separated and have lived separate and apart since.

    3.    That the Plaintiff is entitled to a dissolution of the bonds of matrimony existing between himself and the Defendant on the grounds of general indignities; That the parties have lived separate and apart without cohabitation for more than eighteen (18) months next preceding the filing of this action.

    4.    That no child(ren) was (were) born of this marriage.

    5.    That there are no property rights to be adjudicated in this matter.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff, _____, is hereby granted an absolute divorce of and from the

Defendant, _____,

and that the parties be restored to all the rights and privileges of a single and unmarried person.

_____
JUDGE

_____
DATE

**IN THE CIRCUIT COURT OF _____ COUNTY, ARKANSAS**
**DOMESTIC RELATIONS DIVISION**

_____                                           **PLAINTIFF**

**VS.**                                              **NO.** _____

_____                                           **DEFENDANT**

**<u>DIVORCE DECREE</u>**
(with minor children)

ON THIS DAY comes on before the Court for hearing, the above styled matter. Defendant, _____, did not appear, but elected to waive his/her entry of appearance and agreed that this cause of action could be heard without further notice to him/her. The Plaintiff, _____, appeared without attorney. The Court considered the claims of the Plaintiff and upon the testimony of the Plaintiff, and other proof presented finds;

1.     That the Court has jurisdiction over the parties and subject matter to this action, and that the Plaintiff has been a permanent resident of the State of Arkansas and _____ County for more than sixty (60) days next preceding the filing of this action.

2.     That the parties were married in _____ County, Arkansas, on _____, _____, and lived together as husband and wife until _____, _____, at which time they separated and have lived separate and apart since.

3.      That the Plaintiff is entitled to a dissolution of the bonds of matrimony existing between himself/herself and the Defendant on the grounds of general indignities; That the parties have lived separate and apart without cohabitation for more than eighteen (18) months next preceding the filing of this action.

4.      That _____ child(ren) was (were) born of this marriage, to wit: _____, age _____, and _____, age _____. The minor child(ren) is (are) in the custody, care, and control of _____, and that he/she is the proper person for custody, subject to reasonable visitation rights by the Plaintiff.

5.      That the Plaintiff be required to pay child support upon his/her release from prison. NOTICE: The Plaintiff is on notice that failure to pay child support or visit the child for at least one (1) year shall provide the custodial parent with the right to initiate proceedings to terminate the parental rights of the non-custodial parent.

6.      That there are not property rights to be adjudicated in this matter.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the Plaintiff, _____, is hereby granted an absolute divorce of and from the Defendant, _____, and that the parties be restored to all the rights and privileges of a single and unmarried person.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Defendant, _____, be granted custody of the parties' minor child(ren), with the Plaintiff paying reasonable child support upon his/her release from the Department of Correction. The Plaintiff shall have reasonable visitation with the minor child(ren) upon release.


_____
JUDGE

_____
DATE

Robert J. Winningham #655327
890 Freeline DR
Pine Bluff AR 71603

Legal Mail

PRO Se CleRK
600 West Capitol Avenue Room A149
LittLe Rock AR 72201

Legal Mail