# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROBERT WINNINGHAM,                                                      PLAINTIFF
ADC #655327

v.                               4:19CV00706-JM-JTK

KENDRA ROBERTS, et al.                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Wagner and Turn Key Health are DISMISSED from this action, without prejudice.

IT IS SO ORDERED this 19th day of November, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1