IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT WINNINGHAM,                                                      PLAINTIFF
ADC #655327

v.                          4:19CV00706-JM-JTK

KENDRA ROBERTS, et al.                                           DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de</u> <u>novo</u> review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendant Bahan's Motion to Dismiss (Doc. No. 10) is GRANTED.

2. The Motions to Dismiss filed by Defendants Roberts and Russell (Doc. Nos. 12, 14) are GRANTED in part, with respect to Plaintiff's monetary claims against them in their official capacities.

3. The Motions to Dismiss filed by Defendants Roberts and Russell (Doc. Nos. 12, 14) are DENIED in all other respects.

IT IS SO ORDERED this 21st day of January, 2020.

                                                               _____
                                                               JAMES M. MOODY, JR.
                                                               UNITED STATES DISTRICT JUDGE