# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROBERT WINNINGHAM**                                                       **PLAINTIFF**

**v.**                          **CASE NO. 4:19-CV-00706-JM-JTK**

**ROBERTS et al.**                                                          **DEFENDANTS**

### STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
### MOTION FOR SUMMARY JUDGMENT

Come Defendants, Kendra Roberts, APRN, and Deborah Russell, RN, by and through their

attorneys, Mitchell, Williams, Selig, Gates & Woodyard, PLLC, and in support of their Motion for

Summary Judgment, state:

1.      In his Amended Complaint, Winningham confirms that he is suing for denial of

medical care and treatment during the period of June 3, 2019 to August 11, 2019 for issues relating

to his right shoulder. *See* ECF Doc 5.

2.      According to his facility records,[1] prior to his intake with Medical Department,

Winningham sustained an injury on the top of his right shoulder, which presented as a knot "the

size of a golf ball" and "cause[d] difficulty sleeping." *See* Exhibit A 3, 9, 25–26.

3.      Upon this information, physician, Dr. Absalom Tilley, ordered an x-ray of the area

affected. *See* Exhibit A at 29.

4.      On June 13, radiologist Dr. Pratul Patel, read the x-ray, and reported unremarkable

findings and no acute fracture for Plaintiff's right clavicle. *See* Exhibit A at 152.

---

[1] It bears noting that Winningham also has an extensive history of mental health issues. A large part of his medical file with Turn Key consists of records related to mental health care and screenings.

5.      On June 18, 2019, Winningham further reported pain in his right shoulder, to which Dr. Tilley prescribed Naproxen for pain management, and ordered another x-ray. *See* Exhibit A at 32, 153.

6.      Further, another x-ray was conducted on June 27, 2019, however, no report was given in the medical records. *See* Exhibit A at 111.

7.      On June 29, 2019, Winningham fell out of the lower bunk of his bed, and was immediately seen by the medical staff at the Pulaski County Detention Center. *See* Exhibit A at 37.

8.      From the medical exam conducted, the medical staff observed that the there was an obvious physical deformity, pain when touched, numbness at the shoulder, and pain radiating from his shoulder to neck and down to his arm. *See* Exhibit A at 37.

9.      The medical staff ordered restrictions to activity, sling/ace wrap where appropriate, rest and elevation for three days, and ibuprofen. *See* Exhibit A at 37–38, 70.

10.     Defendant Kendra Roberts ordered an x-ray of the right shoulder and prescribed ibuprofen. *See* Exhibit A at 38.

11.     The x-ray, conducted on July 1, 2019 showed no shoulder fracture, separation, or dislocation. Exhibit A at 114.

12.     Further, Winningham was seen by Dr. Tilley on June 2, 2019 after his fall, and Dr. Tilley ordered cold packs every 3 hours for 20 minutes, naproxen, and an additional x-ray on Winningham's left hand. *See* Exhibit A at 39–40.

13.     On July 3, 2019, the x-ray was conducted, and the radiologist, Dr. Benjamin Huang reported no acute fractures or dislocation of the left hand. *See* Exhibit A at 168–169.

14.     Based on these results, Defendant Deborah Russell prescribed acetaminophen, which was approved by Kendra Roberts. *See* Exhibit A at 71.

15.     On July 11, 2019, Plaintiff again complained of right shoulder pain, and Dr. Tilley prescribed naproxen and acetaminophen for pain management. *See* Exhibit A at 60.

16.     On July 17, 2019, plaintiff complained of back pain, and Defendant Deborah Russell noted that plaintiff's range of motion was "slightly decreased" and Kendra Roberts prescribed ibuprofen. *See* Exhibit A at 44, 78–79.

17.     On both July 24, 2019 and July 29, 2019, Plaintiff entered requests for sick calls for the dislocation of his right shoulder. *See* Exhibit A at 182, 186.

18.     The medical staff prescribed acetaminophen for pain management, as multiple x-rays had already been performed in the past. *See* Exhibit A at 45, 50.

19.     On July 31, 2019 Defendant Kendra Roberts responded to a sick call requested by plaintiff for neuropathy pain, and noted that the physical deformity on the shoulder had healed, there was no swelling, and Dr. Tilley had switched Winningham's medication from naproxen to acetaminophen because of the ineffectiveness of naproxen. *See* Exhibit A at 62–63.

20.     From June 3, 2019 to August 6, 2019, Plaintiff has submitted 13 sick call requests, relating to issue with his right shoulder and the medical staff, including Kendra Roberts, APRN, and Deborah Russell, RN have been responsive to Winningham's requests and medical needs each time.

21.     *See* Exhibit A. On August 6, 2019, Plaintiff was transferred to ADC Malvern.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue

Suite 1800
Little Rock, Arkansas  72201
(501) 688-8800 (Telephone)
(501) 688-8807 (Facsimile)
bjackson@mwlaw.com


By: _____
    Benjamin D. Jackson (Ark. Bar No. 2006204)
    *Attorney for Kendra Roberts and Deborah*
    *Russell*

## CERTIFICATE OF SERVICE

Because he represents himself pro se and it is unclear whether he has access to the CM/ECF system, I, Benjamin Jackson, do hereby certify that I forwarded a copy of the foregoing to the below named persons regular mail ail on this 1st day of September, 2020.

Robert Winningham
ADC #655327
PINE BLUFF UNIT
Arkansas Department of Correction
890 Free Line Drive
Pine Bluff, AR 71603-1498
*Pro Se Plaintiff*

_____
Benjamin D. Jackson