IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT WINNINGHAM,                                                                          PLAINTIFF
ADC #655327

v.                                        4:19CV00706-JM-JTK

KENDRA ROBERTS, et al.                                                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.   Defendants' Motion for Summary Judgment (Doc. No. 35) is GRANTED.

2.   Plaintiff's constitutional claims against Defendants are DISMISSED with prejudice.

3.   Plaintiff's state law medical malpractice claim is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of November, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE