# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ROBERT WINNINGHAM,                                                                                    PLAINTIFF
ADC #655327

v.                                            4:19CV00706-JM-JTK

KENDRA ROBERTS, et al.                                                                               DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED.

IT IS SO ORDERED this 9th day of November, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1